

**FILED** GMC
5/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DERRICK BRANDON, and
MARLON CROCKETT

Case No.

**1:26-cr-0210
Judge LaShonda A. Hunt
Magistrate Judge Laura K. McNally
RANDOM / Cat. 4**

Violation: Title 18, United States Code,
Section 922(g)(1)

## COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois,
Eastern Division,

DERRICK BRANDON,

defendant herein, knowing that he had previously been convicted of a crime
punishable by a term of imprisonment exceeding one year, did knowingly possess, in
and affecting interstate commerce, a firearm, namely, a loaded Century Arms, Inc.,
Model VZ2008 Sporter, 7.62X39 caliber rifle, bearing serial number VZ02860, which
firearm had traveled in interstate commerce prior to defendant's possession of the
firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

## MARLON CROCKETT,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely: (a) a loaded Taurus, Model G2C, 9mm pistol, bearing serial number 1C076225, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm; and (b) a loaded Sig Sauer, Model P320, 9mm pistol, bearing serial number 58J411700, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2025 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendants shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to,

a.      a Century Arms, Inc., Model VZ2008 Sporter, 7.62X39 caliber rifle, bearing serial numberVZ02860, and associated ammunition;

b.      a Taurus, Model G2C, 9mm pistol, bearing serial number 1C076225, and associated ammunition; and

c.      a Sig Sauer, Model P320, 9mm pistol, bearing serial number 58J411700, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Aaron R. Bond on behalf of the
UNITED STATES ATTORNEY

3